514 A.2d 816

**STATE of Maryland**

v.

**Zachary Dorian BANKS.**

**No. 16, Sept. Term, 1986.**

Court of Appeals of Maryland.

Sept. 10, 1986.

Anne E. Singleton, Asst. Atty. Gen. (Stephen H. Sachs, Atty. Gen., on brief), Baltimore, for appellant.

Gary S. Offutt, Asst. Public Defender (Alan H. Murrell, Public Defender, on brief), Baltimore, for appellee.

Before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, COUCH, McAULIFFE and ADKINS, JJ.

## PER CURIAM ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 10th day of September, 1986

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.

Judge McAuliffe would not have dismissed the petition as improvidently granted.